## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.            05 – CV – 01834 – WDM – PAC

TARASIEWICZ, PATRICIA
    Plaintiff
    v.
WEISS, JEFFREY J. and
VERNAL PROPERTIES LLC, a Colorado Limited Liability Company
    Defendants

---

Re:
## ORDER STRIKING DEFENDANT'S ANSWER

---

10-30-05

THE COURT, having reviewed the Plaintiff's Motion to Strike Answer and being otherwise fully advised in the premises, hereby ~~grants~~ denies said Motion, Further ORDER: plaintiffs counsel shall submit proposed orders in accordance with the Court's electronic filing procedures, Section V.L. ~~and hereby finds that the Answer filed by the defendants is untimely as required by Fed.Rule.Civ.Proc.Rule 12(a)(1)(A) and that no motion for additional time has been filed or granted as required under D.C.Colo.LCivR 6.1(B). This Court furthermore hereby Orders said aforementioned Answer is stricken and regarded as not having been filed.~~

IT IS SO ORDERED this 31st day of October , 2005.

BY THE COURT:

s/ Patricia A Coan
District Court ~~Judge~~/ Magistrate Judge
PATRICIA A COAN