IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-1834-WDM-PAC

PATRICIA TARASIESICZ,

    Plaintiff,

v.

WEISS, JEFFREY J., and
VERNAL PROPERTIES, LLC,

    Defendants and Third-Party Plaintiffs,

v.

HIRSCH, DAVID,

    Third-Party Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Patricia A. Coan, issued November 3, 2005, that Defendants' motion to set aside entry of default be granted. No objections to this recommendation have been filed and therefore *de novo* review is not required. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the motion, the response, and the recommendation. I agree with Magistrate Judge Coan that although Defendants should have known the local rule, they are not so culpable that their motion to set aside default should be denied, particularly since Plaintiff does

not dispute that Defendants filed their answer within the time agreed by Plaintiff's counsel.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Coan, issued November 3, 2005 (Docket No. 19), is accepted.

2. The Clerk's entry of default is set aside.

DATED at Denver, Colorado, on November 21, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge