IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01834-WDM-PAC

PATRICIA TARASIESICZ,

    Plaintiff(s),

v.

WEISS, JEFFREY J., and
VERNAL PROPERTIES, LLC.,

    Defendant(s) and Third-Party Plaintiff(s),

v.

HIRSCH, DAVID,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    No response having been filed, IT IS HEREBY

    **ORDERED** that the Motion to Amend Complaint [filed November 15, 2005; Doc. No. 20] is **GRANTED**.

    IT IS **FURTHER ORDERED** that counsel shall file the Amended Complaint with the Court on or before **December 22, 2005.**

Dated:  December 20, 2005