IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01834-WDM-PAC

PATRICIA TARASIESICZ,

    Plaintiff(s),

v.

WEISS, JEFFREY J., and
VERNAL PROPERTIES, LLC.,

    Defendant(s) and Third-Party Plaintiff(s),

v.

HIRSCH, DAVID,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [filed July 27, 2006; Doc. No. 63] and the Motion to Allow Appearance by Telephone [filed July 27, 2006; Doc. No. 65] are **denied** for failure to comply with D.C.Colo. LCivR 7.1.A.

Dated: August 1, 2006