IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01834-MEH-PAC

PATRICIA TARASIEWICZ,

    Plaintiff,

vs.

JEFFREY J. WEISS and
VERNAL PROPERTIES, LLC, a Colorado limited liability company,

    Defendants and Third-Party Plaintiffs,

vs.

DAVID HIRSCH,

    Third-Party Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 17, 2006.**

    Pursuant to the Court's Order dated August 14, 2006, granting Plaintiff's Amended Motion for Summary Judgment on claim one, breach of contract, Plaintiff's Motion *In Limine* Re: Parol Evidence [Filed July 27, 2006; Docket #62] is **denied** as moot.