IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01834-MEH-PAC

PATRICIA TARASIEWICZ,

      Plaintiff,

      v.

JEFFREY J. WEISS and
VERNAL PROPERTIES LLC, a Colorado limited liability company,

      Defendants and Third-Party Plaintiffs,

      v.

DAVID HIRSCH,

      Third-Party Defendant

_____

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND
RELEASING NOTICE OF LIS PENDENS**

_____

The Court, having reviewed the Stipulation to Dismiss Complaint With Prejudice and to

Release and Discharge Lis Pendens ("Stipulation to Dismiss") jointly filed by Plaintiff and

Defendants Jeffrey J. Weiss and Vernal Properties, LLC on October 3, 2006 (Docket #87), and

being otherwise fully advised in the premises, hereby ORDERS as follows:

1.      That the Stipulation to Dismiss [Filed October 3, 2006; Docket #87] is **approved**,

and Plaintiff's Complaint is hereby dismissed with prejudice, with Plaintiffs and Defendants

each to pay their own costs and attorneys' fees;

2.      That the  Notice of Lis Pendens which Plaintiff recorded in the real property

records of Douglas County, Colorado on June 21, 2006 at Reception No. 2006052454 against

certain real property described as Lot 18, Block 2, Diamond Ridge Estates Subdivision, Filing 2, City of Castle Rock, County of Douglas, State of Colorado (the "Lis Pendens"), shall be, and hereby is, fully discharged and released of record, and therefore the Lis Pendens shall no longer encumber or affect the title to the real property against which it was recorded in any manner whatsoever; and

3.      That the Defendants' Third-Party Complaint against Third-Party Defendant David Hirsch is not affected by this Order.

Dated at Denver, Colorado, this 4th day of October, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge