IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01834-MEH-PAC

PATRICIA TARASIESICZ,

    Plaintiff,

v.

JEFFREY J. WEISS, and
VERNAL PROPERTIES, LLC,

    Defendants and Third-Party Plaintiffs,

v.

DAVID HIRSCH,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2006.**

    For good cause shown, the Unopposed Joint Motion for Amendment to the Scheduling Order [Filed November 29, 2006; Docket #110] is **granted.** The Scheduling Order in this case shall be amended to reflect the deposition schedule for David Hirsch, Jeffrey Weiss, and Donna Zerbo to be as contained in the motion, which set forth the date, time, place and length of the depositions.