IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01834-MEH

PATRICIA TARASIEWICZ,

    Plaintiff,

vs.

JEFFREY J. WEISS and
VERNAL PROPERTIES, LLC, a Colorado limited liability company,

    Defendants and Third-Party Plaintiffs,

vs.

DAVID HIRSCH,

    Third-Party Defendant.

## ORDER ON UNOPPOSED MOTION TO AMEND JUDGMENT

Jeffrey J. Weiss's Unopposed Motion to Amend Judgment is GRANTED. The Court's Order on Third Party Plaintiff's Motion for Summary Judgment and the Judgment are amended as follows to provide for 8% interest from September 26, 2006, until the Judgment is paid.

Dated at Denver, Colorado this 16th day of February, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge